UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 08CR 0192 |
| v. | ) Magistrate Judge |
| | ) Geraldine Soat Brown |
| HANJUAN JIN | ) |

FILED
MAR 3 2008
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

**GOVERNMENT'S MOTION TO SEAL THE COMPLAINT,
AFFIDAVIT, MOTION TO SEAL AND ORDER**

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, Motion to Seal and Order:

Special Agent Michael R. Diekmann of the Federal Bureau of Investigation is the primary source of information for the Complaint and Affidavit. The Complaint Affidavit details the facts supporting probable cause that defendant Hanjuan Jin has violated Title 18, United States Code, Section 1832, as described more fully in the Complaint Affidavit. If the information contained in the Complaint, Affidavit, and this Motion were disclosed at this time, the investigation would be jeopardized.

FILED
MAR 3 2008
March 03, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

For the foregoing reasons, the government respectfully requests that the Complaint, Affidavit as well as this Motion to Seal and Order, be sealed until June 3, 2008.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
STEVEN J. DOLLEAR
Assistant U.S. Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
(312) 353-5359

-2-