## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 192 | **DATE** | 3/3/2008 |
| **CASE TITLE** | USA vs. Hanjuan Jin | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Hanjuan Jin. The Government's motion to seal complaint, affidavit, motion to seal and order is granted. Enter Order. *[signature: Geraldine Soat Brown]*

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|