UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: 08CR 0192 |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Geraldine Soat Brown |
| HANJUAN JIN | ) | |
| | ) | **UNDER SEAL** |
| | ) | |

### ORDER

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to seal the Complaint, Affidavit and Motion to Seal and Order, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED that the Complaint, Affidavit, and Motion to Seal and Order be sealed until June 3, 2008.

_____
Geraldine Soat Brown
U.S. Magistrate Judge

DATE: March 3, 2008