## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 192 | **DATE** | 3/7/2008 |
| **CASE TITLE** | USA vs. Han Juan Jin | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Han Juan Jin appears in response to arrest on 03/07/08. Defendant informed of her rights. Terry Campbell is given leave to file an appearance as counsel for defendant. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. Preliminary Examination Hearing set for 03/13/08 at 2:00 p.m. Government's oral motion to unseal the complaint is granted. Government's oral motion to seal Attachment A to the complaint is granted. *Geraldine Soat Brown*

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | NTF |
|---|---|---|