## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 192 | **DATE** | 3/12/2008 |
| **CASE TITLE** | USA vs. Han Juan Jin | | |

**DOCKET ENTRY TEXT**

At the parties' request, the preliminary examination hearing set for 03/13/08 is stricken and reset to 03/20/08 at 1:30 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|