## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 192 | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Han Juan Jin | | |

**DOCKET ENTRY TEXT**

Telephone status hearing held. Defendant waives her right to a preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Preliminary examination hearing set for 03/20/08 is stricken.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|