## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 192 - 1 | **DATE** | 4/9/2008 |
| **CASE TITLE** | USA vs. Hanjuan Jin | | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held on 4/9/2008.  Defendant appeared, waived formal reading of the indictment, and entered a plea of not guilty.  Rule 16.1 conference to be held on or before 4/16/2008.  Any pretrial motions should be filed by 5/16/2008.  Status hearing set for 5/28/2008 at 9:30 a.m.  Order bond to stand.  From 5/28/2008 is excluded pursuant to 18 U.S.C. 3161(h)(1)(F) and 18 U.S.C. 3161(h)(8)(A)(B). (X-E and X-T).

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | RO |
|---|---|---|