UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No.   08 CR 192 |
| | ) | Hon. Ruben Castillo |
| HANJUAN JIN. | ) | |

## NOTICE OF MOTION

TO:   AUSA STEVEN J. DOLLEAR
219 South Dearborn Street – 5th Floor
Chicago, Illinois 60604

Please take notice that on **Wednesday, May 28, 2008**, at 9:30 a.m., I shall appear before the Honorable RUBEN CASTILLO, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present:

## AGREED MOTION TO RESET PRETRIAL ORDER

s/     Todd S. Pugh

Breen Pugh & Associates
53 W. Jackson Blvd., Ste. 1460
Chicago, Illinois 60604
(312) 360-1001

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the following document:

## NOTICE OF MOTION

was served on **Monday, May 19, 2008**, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/     Todd S. Pugh