UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    08 CR 192 |
| | ) | |
| v. | ) | Judge Ruben Castillo |
| | ) | |
| HANJUAN JIN | ) | |
| | ) | |

### GOVERNMENT'S UNOPPOSED MOTION FOR ENTRY OF
### A PROTECTIVE ORDER RELATING TO DISCOVERY

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for entry of a protective order as to discovery material tendered by the government. Counsel for defendant has advised the government that they do not object to entry of the proposed Protective Order, attached hereto as Exhibit 1.

WHEREFORE, the government requests this Court enter the attached protective order relating to discovery material tendered by the government.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Steven J. Dollear
STEVEN J. DOLLEAR
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5359

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S UNOPPOSED MOTION FOR ENTRY OF
A PROTECTIVE ORDER RELATING TO DISCOVERY**

was served on JULY 1, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:   s/Steven J. Dollear
STEVEN J. DOLLEAR
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5359