UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 192 |
| v. | ) | |
| | ) | Judge Ruben Castillo |
| HANJUAN JIN | ) | |

## NOTICE OF MOTION

To:   ECF FILERS

PLEASE TAKE NOTICE that on TUESDAY, JULY 8, 2008, at 9:45 A.M., or as soon thereafter as counsel may be heard, I will appear before Judge Ruben Castillo in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**GOVERNMENT'S UNOPPOSED MOTION FOR ENTRY OF
A PROTECTIVE ORDER RELATING TO DISCOVERY**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully Submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Steven J. Dollear
STEVEN J. DOLLEAR
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5359

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## NOTICE OF MOTION

was served pursuant to the district court's ECF system as to all ECF filers on JULY 1, 2008.

By: s/Steven J. Dollear
STEVEN J. DOLLEAR
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5359