Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 192 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. Hanjuan Jin | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for entry of a protective order relating to discovery [21] is granted. Enter Protective Order.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

FILED
2008 JUN 31 PM 5:02
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|