# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.

Hanjuan Jin

                                    Defendant.

Case No.: 1:08−cr−00192
Honorable Ruben Castillo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 8/6/2008 and continued to 9/17/2008 at 9:30 a.m. Any pretrial motions are to be filed on or before 9/15/2008. Jury trial set for 1/5/2009 at 9:45 AM. From today's date until 9/17/2008 is excluded pursuant to 18 U.S.C. 3161(h)(1)(F) and 18 U.S.C. 3161(h)(8)(A)(B). Mailed notice (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.