UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   08 CR 192 |
| | ) | |
| v. | ) | Judge Ruben Castillo |
| | ) | |
| HANJUAN JIN | ) | |
| | ) | |

## ATTORNEY DESIGNATION

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney has also been designated in the above captioned case.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   /s/ Brian Hayes
      BRIAN HAYES
      Assistant United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois 60604
      (312) 353-4307

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**ATTORNEY DESIGNATION**

was served pursuant to the district court's ECF system as to ECF filers on AUGUST 7, 2008.

By:   /s/ Brian Hayes
BRIAN HAYES
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4307