```
 1                  IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3
    THE UNITED STATES OF AMERICA,     )
 4                                    )
                 Plaintiff,           )
 5                                    )
       -vs-                           )   No. 08 CR 192-1
 6                                    )
    HANJUAN JIN,                      )   Chicago, Illinois
 7                                    )   November 12, 2009
                 Defendant.           )   9:50 a.m.
 8

 9                      TRANSCRIPT OF PROCEEDINGS

10              BEFORE THE HONORABLE RUBEN CASTILLO

11   APPEARANCES:

12  For the Government:        UNITED STATES ATTORNEY
                               HON. PATRICK J. FITZGERALD
13                             BY:  MR. STEVEN J. DOLLAR
                               ASSISTANT U.S. ATTORNEY
14                             219 South Dearborn, Suite 500
                               Chicago, Illinois  60604
15                             312-353-5300

16  For the Defendant:         FEDERAL DEFENDER PROGRAM
                               BY:  MR. JOHN F. MURPHY
17                                  MR. DANIEL P. McLAUGHLIN
                               55 E. Monroe, Suite 2800
18                             Chicago, Illinois 60602
                               312-621-8300

19

20   Court Reporter:

21            KATHLEEN FENNELL, CSR, RMR, FCRR
                    Official Court Reporter
22                United States District Court
           219 South Dearborn Street, Suite 2144-A
23                  Chicago, Illinois  60604
                   Telephone:  (312) 435-5569

24

25
```

1    (Proceedings heard in open court.)
2              THE CLERK:  08 CR 192, United States versus Hanjuan
3    Jin.
4              MR. DOLLEAR:  Good morning, your Honor.
5              THE COURT:  Good morning.
6              MR. DOLLEAR:  Steve Dollear on behalf of the United
7    States.
8              MR. MURPHY:  Good morning, Judge.  John Murphy and
9    Daniel McLaughlin on behalf of Hanjuan Jin who is present in
10   court.
11             THE COURT:  Okay.
12             MR. MURPHY:  Judge, this is up for status.  We have a
13   motion date for February 10th, I believe.
14             There are really two issues to raise, one -- only one
15   of which, I think, affects the progress of this case.
16             THE COURT:  Okay.
17             MR. MURPHY:  And that is that, unfortunately, at the
18   end of last week, we learned that our expert, which we had
19   retained and which the government had approved through the
20   protective order, backed out on us.  So we're sort of back to
21   square one in terms of trying to find an expert who can handle
22   this.
23             And as the Court is aware, this is a case that
24   involves highly technical communication -- telecommunications
25   material that we have -- there's a limited universe in terms

1  of experts, and it makes it kind of complicated to find one.
2      I guess what I would propose is to stick with the
3  February 10th status date -- or February 10th motion date,
4  perhaps get a status date towards the end of January, and we
5  can let the Court know how quickly we were able to get an
6  expert and how we're proceeding at that point, whether we
7  think that February 10th date is a realistic date.
8      THE COURT: Okay. Well, I think in view of what
9  you're telling me, I would prefer to get you back here a
10 little bit earlier, maybe either January 6th or January 13th.
11 Either of those two days work?
12     MR. MURPHY: Either one of them is fine, Judge.
13     MR. DOLLEAR: I can come in, your Honor.
14     THE COURT: Let's just say then January 13th at 9:30.
15 I'll exclude time until then.
16     We did get worked out the whole sale of the house
17 and --
18     MR. MURPHY: That's correct, Judge.
19     THE COURT: -- posting of the bond?
20     MR. MURPHY: That's all taken care of.
21     THE COURT: Okay.
22     MR. MURPHY: There's one other issue that we're
23 really just sort of informing the Court of this for purposes
24 of -- informational purposes.
25     Ms. Jin is a party in a civil suit that is in front

1  of Judge Kennelly that is essentially involving the same
2  people. It's Motorola suing Ms. Jin and other individuals.
3  We have filed -- we have filed a motion in front of
4  Judge Kennelly asking us to have a limited appearance in that
5  case so that we can monitor the proceedings there. There's
6  depositions and some discovery that's going on at this point.
7  Ms. Jin does not have a civil lawyer at this point,
8  and we're not intervening to actually litigate the case, but
9  just to sort of supervise -- to sort of monitor it.
10  Judge Kennelly has it up on Tuesday morning, and I'm
11  -- we are just sort of letting you know that that's going on
12  at this point.
13  THE COURT: And she is a party in that case?
14  MR. MURPHY: She is a party in that case.
15  THE COURT: Okay. I'll leave it to the government if
16  and when it chooses to see fit to move to stay that case if
17  that becomes appropriate.
18  MR. DOLLEAR: Yeah, and Judge Kennelly has asked, I
19  think, by inference, at least, that the government be there on
20  Tuesday for the status. I don't think there's a basis for a
21  limited appearance, your Honor, but I guess that's not an
22  issue for you at this point.
23  THE COURT: Okay.
24  MR. DOLLEAR: Judge Kennelly can resolve that.
25  THE COURT: Okay. I appreciate the heads up.

1    MR. DOLLEAR: Okay. Thank you.
2    THE COURT: I'll see you in January.
3    MR. MURPHY: Thank, Judge.
4    MR. DOLLEAR: Thank you.
5
6    (Which were all the proceedings heard.)
7                    CERTIFICATE
8    I certify that the foregoing is a correct transcript from
9    the record of proceedings in the above-entitled matter.
10
11   */s/Kathleen Fennell*                    *November 17, 2009*
12
13   _____        _____
     Kathleen Fennell                    November 17, 2009
14   Official Court Reporter (f)
15
16
17
18
19
20
21
22
23
24
25